| Field | Value |
|---|---|
| 3a. AWARDING OFFICE: | Office of Naval Research HQ, 875 N. Randolph St, Suite 1425, ARLINGTON VA 22203-1995 |
| 1. INSTRUMENT TYPE: | Grant Award |
| 3b. ASSISTANCE LISTING NUMBER AND TITLE: | 12.300 Basic and Applied Scientific Research |
| 2. AUTHORITY: | 10 USC 4001 and 31 USC 6304, as amended |
| 3c. DUNS NUMBER or UEI: | VABDQ2J3UM78 |
| 4. AWARD NUMBER: | N00014-22-1-2844 |
| 5. MODIFICATION NO: | |
| 6. MODIFICATION TYPE: | NEW |
| 7. PR NUMBER: | 1000017116 |
| 8. ACTIVITY/AGENCY PROPOSAL NO: | GRANT13603675 |
| 9. RECIPIENT PROPOSAL NO: | |
| 10. PROPOSAL DATE: | 04252022 |
| 11. ACTIVITY TYPE: | R&D |
| 12. PROGRAM TYPE: | ONR |
| 13. ISSUED TO / 13a. ADDRESS: | LAUNCH ALASKA, 721 DEPOT DRIVE, FL 2, ANCHORAGE AK 99501-1615, UNITED STATES OF AMERICA |
| 13b. CAGE: | 7G1V8 |
| 13c.: | N/A |
| 14. REMITTANCE ADDRESS (IF DIFFERENT FROM BLOCK 13): | |
| 13d. BUSINESS OFFICE CONTACT: | Isaac Vanderburg |
| 13e. TELEPHONE NUMBER: | (907)952-3681 |
| 13f. EMAIL ADDRESS: | isaac.vanderburg@launchalaska.com |
| 15. RESEARCH TITLE AND/OR DESCRIPTION OF PROJECT AND/OR PROPOSAL TITLE: | Technology and Innovation Development in Alaska |

### 16. FUNDING

| | ACTIVITY/AGENCY SHARE | RECIPIENT SHARE | TOTAL |
|---|---|---|---|
| PREVIOUSLY OBLIGATED: | | | $0.00 |
| OBLIGATED BY THIS ACTION: | | | $1,000,000.00 |
| TOTAL OBLIGATED ON AWARD: | | | $1,000,000.00 |
| FUTURE FUNDING: | | | $3,999,860.00 |
| GRANT TOTAL: | | | $4,999,860.00 |

17. CURRENT FUNDING PERIOD: N/A THROUGH N/A

18. PERIOD OF PERFORMANCE: 10/01/2022 THROUGH 09/30/2027

19. ACCOUNTING AND APPROPRIATION DATA:
See Attached Financial Accounting Data Sheet(s)

| Field | Value |
|---|---|
| 20a. PRINCIPAL INVESTIGATOR/RECIPIENT TECHNICAL REPRESENTATIVE: | Isaac Vanderburg |
| 21. TECHNICAL REPRESENTATIVE / 21a. NAME: | MICHELE ANDERSON |
| 21b. CODE: | 0332 |
| 21c. ADDRESS: | NAVAL MATERIALS R&D DIV, 875 N. Randolph Street, Arlington VA 22203-1995 |
| 20b. TELEPHONE NUMBER: | (907)952-3681 |
| 20c. EMAIL ADDRESS: | isaac.vanderburg@launchalaska.com |
| 21d. TELEPHONE NUMBER: | 703-696-1938 |
| 21e. EMAIL ADDRESS: | MICHELE.L.ANDERSON24.CIV@US.NAVY.MIL |
| 22. POC FOR THIS ACTION / 22a. NAME: | ANASTASIA LENFEST |
| 22b. CODE: | 0253 |
| 23a. ADMINISTRATIVE OFFICE: | ONR REG Office Seattle, Email: usn.pentagon.cnr-arlington-va.mbx.onr-seattle@us.navy.mil, No Physical Address - Remote Function, SEATTLE WA 98104 |
| 23b. CODE: | N63374 |
| 22c. ADDRESS: | Office of Naval Research, 875 N. Randolph Street Suite 1425, Arlington VA 22203-1995 |
| 22d. TELEPHONE NUMBER: | |
| 22e. EMAIL ADDRESS: | ANASTASIA.E.LENFEST.CIV@US.NAVY.MIL |
| 24. SUBMIT PAYMENT REQUEST TO: | See FMS Article II, Section C.2.b of the ONR Addendum to the DoD R&D General Terms and Conditions |
| 25a. PAYING OFFICE: | ONR Internal Entitlement N34291, usn.pentagon.cnr-arlington-va.mbx.onr-fm@us.navy.mil, Arlington VA 22203 |
| 25b. CODE: | N34291 |
| 26a. PATENT OFFICE: | Office of Naval Research, ATTN: ONR Office of Counsel, Intellectual Property Section, One Liberty Center, 875 North Randolph Street, Suite 1425, ARLINGTON VA 22203-1995 |
| 26b. CODE: | N00014 |

NAVONR 4206 (1-2022)

| AWARD NO. | AWARD / MODIFICATION | MODIFICATION NO. |
|---|---|---|
| N00014-22-1-2844 | | |

**27. SPECIAL INSTRUCTIONS:**
See Special Requirements on Page 5

**28. DELEGATIONS:** The administration duties listed below have been delegated to the administrative office (block 23a). Upon request the awarding office contact (block 22) will make their full text available. Please direct questions to the contacts @:
https://www.onr.navy.mil/work-with-us/manage-your-award/onr-regional-offices

This award provides full delegation to the administrative office in Block 23 of the grant. Full delegation includes the functions described in the DoDGARs at 32 CFR 22.715 and the administrative grants officer functions related to payments described in 32 CFR 22.810.

**29. TERMS AND CONDITIONS:** The following terms and conditions are incorporated herein by reference with the same force and effect as if they were given in full text. Upon request the awarding office contact named in block 22 will make their full text available, or they can be found at the specified URL.

| DOCUMENT | URL |
|---|---|

The following documents may be found at:
https://www.onr.navy.mil/work-with-us/manage-your-award/manage-grant-award/grants-terms-conditions

- DOD RESEARCH AND DEVELOPMENT GENERAL TERMS AND CONDITIONS (SEPT 2021)
- UAWA AWARD A (SEP 2017)
- ONR ADDENDUM TO THE DOD R&D GENERAL TERMS AND CONDITIONS AND ONR PROGRAMMATIC REQUIREMENTS FOR DOMESTIC AWARDEES(JULY 2022)

| 30. OPTIONS | AMOUNT | PERIOD |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

**31. REPORTS:** The reporting requirements under this award are specified in the articles of part 5 (Financial, Programmatic, and Property Reporting) to the General Terms and Conditions and in any additional language for Part 5 in an ONR Addendum to the General Terms and Conditions specified in Block 29.

| 32. FOR THE RECIPIENT | 33. FOR THE UNITED STATES OF AMERICA | |
|---|---|---|
| 32a. SIGNATURE OF PERSON AUTHORIZED TO SIGN | 33a. SIGNATURE OF AWARDING OFFICER<br>Digitally signed by ANASTASIA LENFEST 1362697049<br>Dated: 2022.09.27 10:02:38 EST | |
| 32b. NAME AND TITLE OF SIGNER | 32c. DATE SIGNED | 33b. NAME AND TITLE OF AWARD OFFICER<br>ANASTASIA LENFEST | 33c. DATE SIGNED<br>09/27/2022 |

NAVONR 4206 (1-2022)

**EXHIBIT 2**

# FINANCIAL ACCOUNTING DATA SHEET - NAVY

| 1. CONTRACT NUMBER (CRITICAL) | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL) | 4. PR NUMBER | |
|---|---|---|---|---|
| N00014-22-1-2844 | | | 1000017116 | |

| 5. CLIN/SLIN | 6. LINE OF ACCOUNTING | | | | | | | | | | | | 7. AMOUNT (CRITICAL) | NAVY INTERNAL USE ONLY REF DOC/ACRN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A. ACRN (CRITICAL) | B. APPROPRIATION (CRITICAL) | C. SUBHEAD (CRITICAL) | D. OBJ CLA | E. PARM | F. RFM | G. SA | H. AAA (CRITICAL) | I. IT | J. PAA | K. COST CODE | | | | |
| | | | | | | | | | | | PROJ UNIT | MCC | PDLI & SUF | | |
| | AA | 1721319 | W2DB | 410 | 00 | 014 | 0 | 050120 | 2D | 000000 | 0C6739 | 785 | 129 | $1,000,000.00 | |
| | | | | | | | | | | | | | PAGE TOTAL | $1,000,000.00 | |
| | | | | | | | | | | | | | GRAND TOTAL | $1,000,000.00 | |

| PREPARED/AUTHORIZED BY: | COMPTROLLER APPROVAL: FOR FISCAL DATA AND SIGNATURE BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED |
|---|---|
| DATE: | DATE: |

NAVONR.4206 (1-2022)

| FINANCIAL ACCOUNTING DATA SHEET – NON-NAVY DoD ACTIVITIES | | | | | |
|---|---|---|---|---|---|
| 1. CONTRACT NUMBER (CRITICAL) N00014-22-1-2844 | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL) | 4. PR NUMBER 1000017116 | | |
| 5. CLIN/SLIN | 6. ACRN (CRITICAL) | 7. ACCOUNTING CITATION | | 8. AMOUNT (CRITICAL) | NAVY INTERNAL USE ONLY REF DOC/ACRN |
| | | | | PAGE TOTAL | |
| | | | | GRAND TOTAL | |

PREPARED/AUTHORIZED BY:

DATE:

COMPTROLLER APPROVAL:
FOR FISCAL DATA AND SIGNATURE
BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED
DATE:

NAVONR 4206 (1-2022)

| AWARD NO. | SPECIAL REQUIREMENTS | MODIFICATION NO. |
|---|---|---|
| N00014-22-1-2844 | | |

```
PAYMENT OFFICE AND RECIPIENT PAYMENT INSTRUCTIONS
..
SEE ONR ADDENDUM TO THE DOD R&D GENERAL TERMS AND CONDITIONS
FMS ARTICLE II. PAYMENTS
..
PAYMENT GUIDES ARE AVAILABLE ON THE ONR WEBSITE AT THE FOLLOWING LINK:
https://www.nre.navy.mil/work-with-us/manage-your-award/manage-grant-award
```