# OFFICE OF NAVAL RESEARCH
## AWARD / MODIFICATION

| | |
|---|---|
| **1. INSTRUMENT TYPE:** Grant Award | **3a. AWARDING OFFICE:** Office of Naval Research HQ, 875 N. Randolph St, Suite 1425, ARLINGTON VA 22203-1995 |
| **2. AUTHORITY:** 10 USC 4001 and 31 USC 6304, as amended | **3b. ASSISTANCE LISTING NUMBER AND TITLE:** 12.300 Basic and Applied Scientific Research |
| | **3c. DUNS NUMBER or UEI:** VABDQ2J3UM78 |

| 4. AWARD NUMBER: | 5. MODIFICATION NO: | 6. MODIFICATION TYPE: | 7. PR NUMBER: |
|---|---|---|---|
| N00014-22-1-2844 | P00002 | IF | 4720009862 |

| 8. ACTIVITY/AGENCY PROPOSAL NO: | 9. RECIPIENT PROPOSAL NO: | 10. PROPOSAL DATE: | 11. ACTIVITY TYPE: | 12. PROGRAM TYPE: |
|---|---|---|---|---|
| GRANT13603675 | | 04252022 | R&D | ONR |

**13. ISSUED TO**
**13a. ADDRESS:**
LAUNCH ALASKA
721 DEPOT DRIVE
FL 2
ANCHORAGE AK 99501-1615
UNITED STATES OF AMERICA

**13b. CAGE:** 7G1V8
**13c.** N/A

**14. REMITTANCE ADDRESS (IF DIFFERENT FROM BLOCK 13):**

**13d. BUSINESS OFFICE CONTACT:** Isaac Vanderburg
**13e. TELEPHONE NUMBER:** (907)952-3681
**13f. EMAIL ADDRESS:** isaac.vanderburg@launchalaska.com

**15. RESEARCH TITLE AND/OR DESCRIPTION OF PROJECT AND/OR PROPOSAL TITLE:**
Technology and Innovation Development in Alaska

| 16. FUNDING | ACTIVITY/AGENCY SHARE | RECIPIENT SHARE | TOTAL | 17. CURRENT FUNDING PERIOD |
|---|---|---|---|---|
| PREVIOUSLY OBLIGATED: | | | $2,000,000.00 | N/A THROUGH N/A |
| OBLIGATED BY THIS ACTION: | | | $2,999,860.00 | |
| TOTAL OBLIGATED ON AWARD: | | | $4,999,860.00 | **18. PERIOD OF PERFORMANCE** |
| FUTURE FUNDING: | | | $0.00 | 10/01/2022 THROUGH 09/30/2027 |
| GRANT TOTAL: | | | $4,999,860.00 | |

**19. ACCOUNTING AND APPROPRIATION DATA:**
See Attached Financial Accounting Data Sheet(s)

**20a. PRINCIPAL INVESTIGATOR/RECIPIENT TECHNICAL REPRESENTATIVE:**
Isaac Vanderburg

**21. TECHNICAL REPRESENTATIVE**
**21a. NAME:** MICHELE ANDERSON
**21b. CODE:** 0332
**21c. ADDRESS:**
NAVAL MATERIALS & MANUFACTURING DIV
875 N. Randolph Street
Arlington VA 22203-1995

**20b. TELEPHONE NUMBER:** (907)952-3681
**20c. EMAIL ADDRESS:** isaac.vanderburg@launchalaska.com
**21d. TELEPHONE NUMBER:** 703-696-1938
**21e. EMAIL ADDRESS:** MICHELE.L.ANDERSON24.CIV@US.NAVY.MIL

**22. POC FOR THIS ACTION**
**22a. NAME:** JAMES T CANTY (P)
**22b. CODE:** 0246
**22c. ADDRESS:**
Office of Naval Research
140 Sylvester Road Bldg. 140, Rm 218
San Diego CA 92106-3501
**22d. TELEPHONE NUMBER:**
**22e. EMAIL ADDRESS:** JAMES.CANTY@NAVY.MIL

**23a. ADMINISTRATIVE OFFICE:**
ONR REG Office Seattle
Email:usn.pentagon.cnr-arlington-va.mbx.onr-seattle@us.navy.mil
No Physical Address - Remote Function
SEATTLE WA 98104
**23b. CODE:** N63374

**24. SUBMIT PAYMENT REQUEST TO:**
See FMS Article II, Section C.2.b of the ONR Addendum to the DoD R&D General Terms and Conditions

**25a. PAYING OFFICE**
ONR Internal Entitlement
N34291
usn.pentagon.cnr-arlington-va.mbx.onr-fm@us.navy.mil
Arlington VA 22203
**25b. CODE:** N34291

**26a. PATENT OFFICE:**
Office of Naval Research
ATTN: ONR Office of Counsel
Intellectual Property Section
One Liberty Center
875 North Randolph Street, Suite 1425
ARLINGTON VA 22203-1995
**26b. CODE:** N00014

NAVONR 4206 (1-2022)

**EXHIBIT 4**

| AWARD NO. | AWARD / MODIFICATION | MODIFICATION NO. |
|---|---|---|
| N00014-22-1-2844 | | P00002 |

| 27. SPECIAL INSTRUCTIONS: |
|---|
| See Special Requirements on Page 5 |

| 28. DELEGATIONS: The administration duties listed below have been delegated to the administrative office (block 23a). Upon request the awarding office contact (block 22) will make their full text available. Please direct questions to the contacts @: |
|---|
| https://www.onr.navy.mil/work-with-us/manage-your-award/onr-regional-offices |
| This award provides full delegation to the administrative office in Block 23 of the grant. Full delegation includes the functions described in the DoDGARs at 32 CFR 22.715 and the administrative grants officer functions related to payments described in 32 CFR 22.810. |

29. TERMS AND CONDITIONS: The following terms and conditions are incorporated herein by reference with the same force and effect as if they were given in full text. Upon request the awarding office contact named in block 22 will make their full text available, or they can be found at the specified URL.

| DOCUMENT | URL |
|---|---|
| The following documents may be found at: https://www.nre.navy.mil/work-with-us/manage-your-award/manage-grant-award/grants-terms-conditions<br><br>- DOD RESEARCH AND DEVELOPMENT GENERAL TERMS AND CONDITIONS (SEP 2023)<br>- UAWA AWARD A (SEP 2017)<br>- ONR ADDENDUM TO THE DOD R&D GENERAL TERMS AND CONDITIONS AND ONR PROGRAMMATIC REQUIREMENTS FOR DOMESTIC AWARDEES(JULY 2022) | |

| 30. OPTIONS | AMOUNT | PERIOD |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

31. REPORTS: The reporting requirements under this award are specified in the articles of part 5 (Financial, Programmatic, and Property Reporting) to the General Terms and Conditions and in any additional language for Part 5 in an ONR Addendum to the General Terms and Conditions specified in Block 29.

| 32. FOR THE RECIPIENT | 33. FOR THE UNITED STATES OF AMERICA | |
|---|---|---|
| 32a. SIGNATURE OF PERSON AUTHORIZED TO SIGN | 33a. SIGNATURE OF AWARDING OFFICER<br><br>Digitally signed by JAMES CANTY 1269158839<br>Dated: 2023.11.24 12:43:25 EST | |
| 32b. NAME AND TITLE OF SIGNER | 32c. DATE SIGNED | 33b. NAME AND TITLE OF AWARD OFFICER<br><br>JAMES CANTY | 33c. DATE SIGNED<br><br>11/24/2023 |

NAVONR 4206 (1-2022)

EXHIBIT 4

# FINANCIAL ACCOUNTING DATA SHEET - NAVY

| 1. CONTRACT NUMBER (CRITICAL) | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL) | 4. PR NUMBER |
|---|---|---|---|
| N00014-22-1-2844 | | P00002 | 4720009862 |

| 5. CLIN/SLIN | 6. LINE OF ACCOUNTING | | | | | | | | | | | | 7. AMOUNT (CRITICAL) | NAVY INTERNAL USE ONLY REF DOC/ACRN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A. ACRN (CRITICAL) | B. APPROPRIATION (CRITICAL) | C. SUBHEAD (CRITICAL) | D. OBJ CLA | E. PARM | F. RFM | G. SA | H. AAA (CRITICAL) | I. IT | J. PAA | K. COST CODE PROJ UNIT | MCC | PDLI & SUF | | |
| | AB | 1731319 | W2DB | 410 | 00 | 014 | 0 | 050120 | 2D | 000000 | 0C2042 | 193 | 000 | $2,999,860.00 | |
| | | | | | | | | | | | | | PAGE TOTAL | $2,999,860.00 | |
| | | | | | | | | | | | | | GRAND TOTAL | $2,999,860.00 | |

PREPARED/AUTHORIZED BY:

DATE:

COMPTROLLER APPROVAL:
FOR FISCAL DATA AND SIGNATURE
BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED
DATE:

NAVONR.4206 (1-2022)

| FINANCIAL ACCOUNTING DATA SHEET – NON-NAVY DoD ACTIVITIES | |
|---|---|---|---|---|---|---|

| 1. CONTRACT NUMBER (CRITICAL) | 2. SPIIN (CRITICAL) | 3. MOD (CRITICAL) | 4. PR NUMBER | | |
|---|---|---|---|---|---|
| N00014-22-1-2844 | | P00002 | 4720009862 | | |

| 5. CLIN/SLIN | 6. ACRN (CRITICAL) | 7. ACCOUNTING CITATION | 8. AMOUNT (CRITICAL) | NAVY INTERNAL USE ONLY REF DOC/ACRN |
|---|---|---|---|---|
| | | | | |
| | | PAGE TOTAL | | |
| | | GRAND TOTAL | | |

PREPARED/AUTHORIZED BY:

DATE:

COMPTROLLER APPROVAL:
FOR FISCAL DATA AND SIGNATURE
BY _____ for COMPTROLLER, ONR CONTRACT REVIEWED
DATE:

NAVONR 4206 (1-2022)

| AWARD NO. | SPECIAL REQUIREMENTS | MODIFICATION NO. |
|---|---|---|
| N00014-22-1-2844 | | P00002 |

This page intentionally left blank.