

**DEPARTMENT OF THE NAVY**
OFFICE OF NAVAL RESEARCH
875 NORTH RANDOLPH STREET
SUITE 1425
ARLINGTON, VA 22203-1995

IN REPLY REFER TO:

ONR 253
N00014-22-1-2844
April 30, 2025

Launch Alaska
Attn: Mr. Isaac Vanderburg
721 Depot Drive
Anchorage AK 99501

Subject: Grant Award N00014-22-1-2844

Dear Mr. Vanderburg,

In accordance with Section C. Termination, OAR Article III of the DoD Research and Development General Terms and Conditions (SEPT 2023), Grant N00014-22-1-2844, Technology and Innovation Development in Alaska, is hereby terminated in its entirety as it no longer effectuates the program goals or agency priorities as set forth in SECDEF MEMO dated March 20, 2025.

Recipients should terminate any further actions to limit expenses incurred as of the date of receipt of this notice of termination. The recipient remains responsible for compliance with the post award requirements of OAR Articles VI and VII of the DoD Research and Development General Terms and Conditions (SEPT 2023).

If you have any questions, please contact Veronica Lacey at veronica.y.lacey.civ@us.navy.mil

Sincerely,

LACEY.VERONICA.Y.1231655901
Digitally signed by LACEY.VERONICA.Y.1231655901
Date: 2025.04.30 17:24:13 -04'00'

Veronica Y. Lacey
Grants Officer

Cc: Isaac Vanderburg (PI)
    Michele Anderson (PO)
    Ozma Ragan (ACO)

Page 1

EXHIBIT 5
Page 1

Case 3:25-cv-00141-HRH   Document 1-5   Filed 07/01/25   Page 1 of 1