# DEPARTMENT OF DEFENSE
# INFORMATION PAPER

**SERVICE/AGENCY:** U. S. NAVY
**SUBJECT:** Office of Naval Research (ONR) Grants Termination
**DATE:** 03 June 2025

**BACKGROUND:** Sen. Sullivan (R-AK) requests additional information on the termination of a grant for Alaska.

**QUESTION/REQUEST**: The Senator's office is requesting additional information on the termination of the Launch Alaska Grant.

**QUESTION:** On what legal basis was the award terminated, and how does this align with the terms of the agreement?

**RESPONSE**:  The award was terminated based on the terms and conditions in the grant.

**QUESTION**:  The termination cites a clause from the September 2023 General Terms and Conditions, but the award was governed by the September 2021 version, which only allows termination for either 1) material noncompliance or 2) lack of funding. Were either of these triggers activated prior to the decision to terminate?

**RESPONSE**:  Modification P00002 incorporated the September 2023 terms and conditions which included unilateral termination by the Government if an award no longer effectuates the program goals or agency priorities.

**QUESTION**:  What specific elements of the March 2025 SECDEF memo conflict with Launch Alaska's program activities, and were alternative remedies (e.g., modification or partial termination) considered before full termination?

**RESPONSE**:  The SECDEF spreadsheet indicated that this award fell under non-alignment with climate change and environment.

**QUESTION**:  Has ONR conducted a programmatic review of the consequences of terminating this project in Alaska, and does this termination align with DOD's commitments to rural innovation and energy security?

**RESPONSE**:  ONR has not done a programmatic review of the consequences of terminating this project.  ONR defers to OSD for additional information.  This termination was directed by OSD.

**QUESTION**:  Has ONR performed a risk assessment or cost-benefit analysis associated with halting the project midway?

EXHIBIT 9
Page 1

Case 3:25-cv-00141-HRH    Document 1-9    Filed 07/01/25    Page 1 of 2

**RESPONSE**: ONR has not performed a risk assessment or cost-benefit analysis associated with halting the project. ONR defers to OSD for additional information. This termination was directed by OSD.

**QUESTION**: What mechanisms are available for reinstating the award, and under what conditions would ONR consider doing so?

**RESPONSE**: ONR defers to OSD for additional information. This termination was directed by OSD.