# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAUNCH ALASKA, | Case No. 3:25-cv-00141-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| DEPARTMENT OF THE NAVY, OFFICE OF NAVAL RESEARCH, | |
| Defendant. | |

Pending before the Court is Plaintiff Launch Alaska's Motion for Preliminary Injunction (Doc. 8) and Defendant Department of the Navy, Office of Naval Research's Motion to Dismiss for Lack of Jurisdiction (Doc. 15).

The Court treats Defendant's Motion to Dismiss for Lack of Jurisdiction as both a Response to Plaintiff's Motion for Preliminary Injunction and a Motion to Dismiss. Accordingly, the parties are directed to adhere to the following briefing schedule: Plaintiff's Reply on its Motion for Preliminary Injunction (Doc. 8) and Plaintiff's Response to Defendant's Motion to Dismiss (Doc. 15) are due **July 29, 2025**; Defendant's Reply to its Motion to Dismiss (Doc. 15) is due **August 4, 2025**.

Hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 8) remains set for **August 1, 2025, at 2:00 p.m. (Arizona time), via Zoom**.

**IT IS ORDERED** setting the following briefing schedule: Plaintiff's Reply on its Motion for Preliminary Injunction (Doc. 8) and Plaintiff's Response to Defendant's Motion

to Dismiss (Doc. 15) are due **July 29, 2025**; Defendant's Reply to its Motion to Dismiss (Doc. 15) is due **August 4, 2025**.

Dated this 23rd day of July, 2025.

_____
G. Murray Snow
Senior United States District Judge