John R. Crone
Gordon Rees Scully Mansukhani, LLP
721 Depot Drive
Anchorage, Alaska 99501
Telephone: (907) 223-4316
Email: jcrone@grsm.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAUNCH ALASKA,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE NAVY,<br>OFFICE OF NAVAL RESEARCH,<br><br>  Defendant. | Case No. 3:25-cv-00141-GMS |

## STIPULATED DISMISSAL OF LAWSUIT

The Parties, by and through their undersigned counsel, and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby serve notice of dismissal of this lawsuit with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 3rd day of October 2025.

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys for Plaintiff

By:  /s/ John R. Crone
John R. Crone
Alaska Bar No. 121109

U.S. ATTORNEY'S OFFICE
Attorneys for Defendant

By:  /s/ E. Bryan Wilson
Assistant U.S. Attorney
United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via email and US mail this 3rd day of October 2025 at:

E. Bryan Wilson, Asst. U.S. Attorney
Assistant U.S. Attorney for the District of Alaska
U.S. Attorney's Office
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513
Bryan.Wilson@usdoj.gov

By: */s/ Dana Cupp*
   Dana Cupp, Legal Assistant
   dcupp@grsm.com

STIPULATED DISMISSAL OF LAWSUIT
Launch Alaska v. Department of Defense Office of Naval Research Case No. 3:25-cv-00141-GMS Page 2 of 2
Case 3:25-cv-00141-GMS Document 27 Filed 10/03/25 Page 2 of 2
2025-10-03 Plaintiff Launch Alaska's Stipulated Dismissal(107231195.1) - 10/3/2025 10:35 AM