# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAUNCH ALASKA, | Case No. 3:25-cv-00141-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| DEPARTMENT OF THE NAVY, OFFICE OF NAVAL RESEARCH, | |
| Defendant. | |

Before the Court is the parties' Stipulated Dismissal of Lawsuit. (Doc. 27).

**IT IS ORDERED** granting the parties' Stipulated Dismissal of Lawsuit. (Doc. 27).

**IT IS FURTHER ORDERED** vacating the Rule 16 Case Management Conference set for this date.

**IT IS FURTHER ORDERED** this action is dismissed without prejudice, with each party to bear its own attorney's fees and costs.

Dated this 3rd day of October, 2025.

_____
G. Murray Snow
Senior United States District Judge